**Entered on Docket**
**November 02, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee, on behalf of the Holders of CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1
09-76239

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Thomas Kaiser and Janine Kaiser<br><br><br><br>Debtor(s). | BK-09-21263-mkn<br><br>Date: 10/7/09<br>Time: 1:30 pm<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank National Association, as Trustee, on behalf of the Holders of CSAB

Mortgage-Backed Pass-Through Certificates, Series 2007-1, its assignees and/or successors in interest,

of the subject property, generally described as 3620 Bixbee Ct., Las Vegas, NV 89129, and legally

described as follows:

> LOT TWENTY-FIVE (25) IN BLOCK TWO (2) OF PALM WEST, AS SHOWN BY
> MAP THEREOF ON FILE IN BOOK 64 OF PLATS, PAGE 9, IN THE OFFICE
> OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this

particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the

State of Nevada, Foreclosure Mediation Program and the Order  will be construed as an agreement

between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the

Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary

///

///

///

///

1   information can be accessed at "http://www.nevadajudiciary.us/".

2

3        DATED this _____ day of _____, 2009.

4   Submitted by:

5   **WILDE & ASSOCIATES**

6   /S/ GREGORY L. WILDE

    By_____

7        **GREGORY L. WILDE, ESQ.**
         Attorney for Secured Creditor

8        208 South Jones Boulevard

9        Las Vegas, Nevada 89107

10  APPROVED / DISAPPROVED

11  _____

12  David Krieger
    1020 Garces, Suite 100

13  Las Vegas, NV 89101
    Attorney for Debtor(s)

14

15

16

17  APPROVED / DISAPPROVED

18  _____

19  Kathleen A Leavitt
    201 Las Vegas Blvd., So. #200

20  Las Vegas, NV  89101
    Chapter 13 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor